**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | **CIVIL ACTION** |
| | | |
| | | **No. 05-4182** |
| **IN RE: KATRINA CANAL BREACHES** | * | **(AND CONSOLIDATED CASES)** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K" (2)** |
| | * | |
| **PERTAINS TO: MRGO** | * | |
| | * | **JUDGE DUVAL** |
| | * | |
| FILED IN: 05-4182, 05-4191, 05-5237, 05-6073, 05- | * | |
| 6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, | * | **MAGISTRATE WILKINSON** |
| 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06- | * | |
| 4931, 06-5032, 06-5159, 06-5786, 06-5890, 06-5937 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**ORDER AND REASONS**

Before the Court is a Motion for Entry of Rule 54(b) Judgments in favor of Washington

Group International, Inc. ("WGI") (Doc. No. 21285). This Court granted a Motion for Summary

Judgment with respect to all cases that were pending before the Court on December 20, 2013 (Doc.

21245). Because certain cases had been transferred from this section to Section B, Judge Ivan L.R.

Lemelle, the claims in those transferred suits against WGI were not adjudicated. As a result, those

cases (which are captioned above) were transferred back to this section for final disposition.

1169584v.1

The instant motion seeking the entry of a Rule 54(b) judgment was filed, no opposition has been lodged thereto, and for all of the reasons stated in the Court's Order and Reasons of December 20, 2013 (Doc. 21245), the Court finds merit in this motion and finding no just cause for delay pursuant to Fed. R. Civ. P. 54(b),

**IT IS ORDERED** that the Motion for Entry of Rule 54(b) Judgments in favor of Washington Group International, Inc. is **GRANTED** and judgment shall be entered in favor of Washington Group International, Inc. and against all plaintiffs in the enumerated cases with each party to bear its/his/her costs.

New Orleans, Louisiana, this 17th day of September, 2014.

Stanwood R. Duval, Jr.
United States District Judge